District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAHUL SATHE, *et al.*,<br><br>                      Plaintiffs,<br><br>    v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>                      Defendant. | Case No. 2:25-cv-02271-JLR<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME<br><br>Noted for Consideration:<br>January 14, 2026 |

## **JOINT STIPULATION**

Plaintiffs filed their mandamus complaint on November 13, 2025 and served the Defendants on November 24, 2025. (Dkts. 1, 6). Defendants' Answer is due on January 23, 2026. Defendants recently issued a request for additional evidence for one family and will need to review any materials submitted by Plaintiffs before making an adjudication decision.

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer. A brief extension will allow Defendants to review any additional materials submitted by Plaintiffs and continue their work on adjudicating the applications.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME
[Case No. 2:25-cv-02271-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Defendants' Answer to the Complaint | 1/23/2026 | 3/23/2026 |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). For the reasons set forth above, the parties believe that there is good cause to modify the current deadline and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 14th day of January, 2026.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | THE GALATI LAW FIRM |
| *s/ Matt Waldrop*<br>MATT WALDROP, GA No. 349571<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:       206-553-4067<br>Email:   james.waldrop@usdoj.gov | *s/ Matthew T. Galati*<br>MATTHEW T. GALATI*, PA #312013<br>8080 Old York Road, Ste. 204<br>Elkins Park, PA 19027<br>Phone: (215) 310-0231<br>Email: matt@galati.law<br>*Pro Hac Vice* |
| *Attorneys for Defendant* | GEORGE IMMIGRATION PLLC |
| I certify that this memorandum contains 182 words, in compliance with the Local Civil Rules. | *s/        Anahita George*<br>ANAHITA GEORGE, WSBA No. 57799<br>George Immigration PLLC<br>5719 Stetson Court Northwest<br>Olympia, WA 98502<br>Phone:  425-328-9339<br>Email:   ageorge@justimmigrationusa.com<br><br>*Attorneys for Plaintiffs* |

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
[Case No. 2:25-cv-02271-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   **[PROPOSED] ORDER**

2   It is hereby ORDERED that the parties' motion is GRANTED.

3

4   DATED this 14th day of January, 2026.

5

6

7   _____

8   JAMES L. ROBART
    United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
[Case No. 2:25-cv-02271-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970