District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAHUL SATHE, *et al.*,

                    Plaintiffs,

        v.

JOSEPH B. EDLOW, Director, United States
Citizenship and Immigration Services,

                    Defendant.

Case No. 2:25-cv-02271-JLR

STIPULATED MOTION AND
[PROPOSED] ORDER FOR
EXTENSION OF TIME

Noted for Consideration:
March 19, 2026

## JOINT STIPULATION

Plaintiffs filed their mandamus complaint on November 13, 2025 and served the Defendant on November 24, 2025. (Dkts. 1, 6). Defendant's Answer is currently due March 23, 2026. (Dkt. 9). The Court has also issued an initial scheduling order. (Dkt. 10).

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendant's Answer and other related deadlines. Defendant continues to review information received in response to an RFE. The parties have also had discussions about whether portions of this matter can be resolved without the need for motions practice. A brief extension will allow Defendant additional time to complete their work on certain pending applications and allow the parties additional time to discuss the remaining issues.

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME
[Case No. 2:25-cv-02271-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Defendant's Answer to the Complaint | 3/23/2026 | 4/23/2026 |
| FRCP 26(f) Conference | 3/16/2026 | 5/7/2026 |
| Initial Disclosure Deadline | 3/30/2026 | 5/21/2026 |
| Joint Status Report due | 4/6/2026 | 5/28/2026 |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). For the reasons set forth above, the parties believe that there is good cause to modify the current deadline and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 19th day of March, 2026.

Respectfully submitted,

*s/ Matt Waldrop*
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:   206-553-7970
Fax:      206-553-4067
Email:   james.waldrop@usdoj.gov

*Attorneys for Defendant*

I certify that this memorandum contains 226 words, in compliance with the Local Civil Rules.

*s/ Matthew T. Galati*
MATTHEW T. GALATI*, PA #312013
The Galati Law Firm
8080 Old York Road, Ste. 204
Elkins Park, PA 19027
Phone:  (215) 310-0231
Email:  matt@galati.law
*Pro Hac Vice*

*s/ Anahita George*
ANAHITA GEORGE, WSBA No. 57799
George Immigration PLLC
5719 Stetson Court Northwest
Olympia, WA 98502
Phone:  425-328-9339
Email:  ageorge@justimmigrationusa.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME
[Case No. 2:25-cv-02271-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [~~PROPOSED~~] ORDER

It is hereby ORDERED that the parties' motion is GRANTED.

DATED this 19th day of March, 2026.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME
[Case No. 2:25-cv-02271-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970