Senior District Judge James L. Robart

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### SEATTLE DIVISION

| | |
|---|---|
| Rahul Sathe, *et al.* | ) |
| Plaintiffs, | ) Case No.: 2:25-cv-02271-JLR |
| v. | ) [PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY |
| Joseph B. Edlow, Director, United States Citizenship and Immigration Services, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Pursuant to stipulation, The Court hereby **ORDERS** that the Parties' Stipulated Motion to Stay Discovery is **GRANTED.** Discovery deadlines are stayed until the Court's ruling on Defendant's Motion to Dismiss, or on a subsequent motion to dismiss if Plaintiffs amend their Complaint pursuant to Fed. R. Civ. P. 15(a)

Dated this 28th of May , 2026.

_____
JAMES L. ROBART
United States Senior District
Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO STAY
DISCOVERY
[CASE NO. 2:25-cv-02271-JLR]

1

Presented by:

*/s/ Matthew T. Galati, Esq.*
Matthew T. Galati
THE GALATI LAW FIRM, LLC
8080 Old York Road
Suite 204
Elkins Park, PA 19027
Phone: (215) 309-1728
Email: matt@galati.law
Bar No. 312013 (Pennsylvania)
*Lead Counsel*
*Appearing Pro Hac Vice*

*/s/ Anahita M. George, Esq.*
ANAHITA M. GEORGE (#57799)
GEORGE IMMIGRATION PLLC 5719
Stetson Ct. NW
Olympia, WA 98502
Phone: (425) 328-9339
Email: ageorge@justimmigrationusa.com
*Local Counsel*

*Attorneys for Plaintiffs*

*s/ Matt Waldrop*
*MATT WALDROP, Georgia Bar*
*#349571*
*Assistant United States Attorney United*
*States Attorney's Office*
*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271 Phone:*
*206-553-7970*
*Fax: 206-553-4067*
*Email: james.waldrop@usdoj.gov*

*Attorney for the Defendant*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO STAY
DISCOVERY
[CASE NO. 2:25-CV-02271-JLR]

2